UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 19-8957-RGK (KS)                                           Date: June 22, 2020

Title   *Paulino Rios-Ledesma v. Milusnic*


Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |   |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioners:           Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On October 17, 2019, Petitioner, a federal prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (the "Petition").  (Dkt. No. 1.)  On March 11, 2020, Respondent filed a Motion to Dismiss (the "Motion") on the grounds that the Petition is an unauthorized second or successive § 2255 petition disguised as a § 2241 petition.  (Dkt. No. 10.)  Pursuant to the Court's October 22, 2020 Order, Petitioner's Opposition to that Motion was due within 30 days of the date of service of the Motion—that is, no later than April 10, 2020.  (*See* Dkt. No. 3 at 3.)

On April 16, 2020, Respondent filed an *ex parte* application for an extension of time for *Petitioner* to respond to the Motion to Dismiss, because Respondent learned that Petitioner had been transferred to a different federal facility and had not received service of the Motion.  (Dkt. No. 13.)  On April 17, 2020, the Court granted Respondent's application and ordered Petitioner to file an opposition, if any, to the Motion no later than June 1, 2020. (Dkt. No. 14.)  On April 27, 2020, the Court's order granting Respondent's application was returned to the Court marked undeliverable and "RTS.  Not Here."  (Dkt. No. 15.)  On May 1, 2020, the Court changed Petitioner's address of record based on information provided by Respondent.  (Dkt. No. 16.)

More than three weeks have now passed since the date on which Petitioner's opposition was due, and Petitioner has not filed a response to the Motion to Dismiss.  Local Rule 7-12 states that a party's failure to file a required document such as an opposition to a motion "may be deemed consent to the granting [ ] of the motion."  Further, pursuant to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 19-8957-RGK (KS)                                              Date: June 22, 2020

Title    *Paulino Rios-Ledesma v. Milusnic*

Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a Petitioner "fails to prosecute or to comply with these rules or a court order." Thus, the Court could properly recommend dismissal of the action for Petitioner's failure to oppose the Motion To Dismiss and to timely comply with the Court's orders.

Additionally, Local Rule 41-6 states that "[i]f mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution."  In this case, eight weeks have passed since the Court's April 17, 2020 Order was returned undelivered by the Postal Service, and Petitioner has not notified the Court of his current address—although, presumably, Respondent has.  Accordingly, the Court also may now recommend dismissal of the Petition based on Petitioner's failure to keep the Court informed on his current address as required by the local rules.

However, in the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE on or before July 13, 2020** why the action should not be dismissed under Local Rules 7-12 and 41-6 and Rule 41(b) of the Federal Rules of Civil Procedure.  In order to discharge this Order and proceed with this action, Petitioner must file by the July 13, 2020 deadline <u>either</u>:  (1) a complete and detailed opposition (in a manner fully complying with the Local Rules) to the Motion to Dismiss; or (2) a request for an extension to file the Opposition accompanied by a sworn declaration (not to exceed 3 pages) establishing good cause for Petitioner's failure to timely respond to the Motion to Dismiss.

<u>Alternatively</u>, Petitioner may discharge this Order and dismiss this case by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

\\

\\

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 19-8957-RGK (KS)                                                  Date: June 22, 2020

Title    *Paulino Rios-Ledesma v. Milusnic*

**Petitioner is cautioned that his failure to timely comply with this order will lead to a recommendation of dismissal based on Local Rules 7-12 and/or 41-6 and Rule 41 of the Federal Rules of Civil Procedure.**

:
**Initials of Preparer**   gr