JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAULINO RIOS-LEDESMA, | ) | NO. CV 19-8957-RGK (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| MILUSNIC, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing the Petition, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: October 2, 2020

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE